CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAY 20 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
MAY 2010 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 5:10CR00015 |
| v. | |
| LORI TAYLOR, AND NAKIA KELLER | Title 18 U.S.C. § 2261 |

## INDICTMENT

The Grand Jury charges that:

### Count One

1. On or about October 23, 2009, in the Western District of Virginia and elsewhere, the defendants, LORI TAYLOR and NAKIA KELLER, as principles and as aiders and abettors, traveled in interstate commerce, specifically between Virginia and West Virginia, with the intent to kill, injure, harass, and intimidate Dennis Taylor, the former spouse of LORI TAYLOR, and as a result of such travel, committed a crime of violence against Dennis Taylor that resulted in his death.

2. All in violation of Title 18, United States Code, Sections 2261 and 2.

A TRUE BILL, this 20 day of MAy, 2010.

/s/ FOREPERSON

/s/ Jeff Terrier FOR
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

*United States v. Lori Taylor, et al.*

1