Lorie Ann Taylor Keller
14385-084
SFF Hazelton
Po Box 3000
Bruceton Mills, WV
26525

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

SEP 27 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

September 21st, 2021

United States District Court
Western District of Virginia
Honorable Judge Glen Conrad
116 North Main Street
Harrisonburg, VA 22802

Re: DVAWS10CR00015-001

Your Honor,

    I am writing you to request a reduction in my sentence. As you are aware, I have three 924c sentences; I am seeking to have them reduced to a single penalty instead of three.
    The fourth circuit has endorsed granting First Step act retroactive changes to the 924c law. United States v. McCoy case No. 20-6821 (Dec 2, 2020). I realize that my sentence will still be extraordinarily long, but am working every day to better myself and my circumstances.
    In the years since I have been incarcerated, I have not been in any trouble within the Bureau of Prisons. I have also spent every available moment working in the compound as an employee or as a student in programming courses. (see attached) There is no argument regarding the fact that I chose a plea deal, but I am humbly seeking mercy from the court. I hold on to the hope I may one day be reunited with my children.
    I apologize if my letter is not the proper method

for filing this specific request. If the Court would grant me a public defender to file a proper motion I would be grateful. I cannot afford to pay an attorney and am not educated in the legal realm regarding these specific matters.

    I appreciate your time and consideration of my request.

Respectfully Submitted,

*Lorie Keller*
Lorie Keller
14385-084